FILED

2009 JUL -6 PM 12: 25

U.S. BANKRUPTCY COURT
E.D. MICHIGAN-DETROIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

DCT, Inc.  Case No. 02-43666-SWR

Chapter 7

## APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS

The undersigned, Keys Research, applies to the Bankruptcy Court for the Eastern District of Michigan for entry of an order directing the Clerk of the Court to remit to the applicant the sum of $14,053.20, said funds having been deposited into the Treasury of the United States pursuant to an order of the Court as unclaimed funds for creditor Brothers Industries Corporation. The applicant further states that:

1. (Indicate one of the following)

   _____ Applicant is the creditor named in the above case and states that no other application fro this claim has been submitted by or at the request of the creditor.

   __X__ Applicant is the duly authorized representative for the business or corporation named as the creditor. Applicant has reviewed all records of the creditor and states that no other application for this claim has been submitted by or at the request of this creditor. An Affidavit of Creditor is attached and made part of this application.

   _____ Applicant is either a family member of the deceased creditor or a successor in interest to the individual or business named as the creditor. An original "power of attorney" conforming to the official Bankruptcy Form and/or other supporting documents which the applicants' entitlement to this claim is attached and made part of this application.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

Application for Payment from Unclaimed Funds

Respectfully submitted this 1st day of July, 2009.

Brothers Industries Corporation
Name of creditor

*[signature: Charlene Keys]*
Signature of Applicant

Charlene J. Keys
Name and Title of Applicant

Keys Research
Company Name

23630 SE 440th Street
Street Address

Enumclaw WA 98022
City and State

360-825-7300
Telephone Number

61-1264203
Tax Identification

XXX-XX-
Social Security Number

589
Claim Number

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:

    DCT, Inc.

Case No. 02-43666-SWR

Chapter 7

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 U.S.C. § 20242, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service to the application.

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit to:

Brothers Industries Corporation, c/o of Keys Research, 23630 SE 440th Street, Enumclaw WA 98022, the sum of $14,053.20 of unclaimed funds held in the U.S. Treasury.

_____
United States Bankruptcy Judge

Dated:_____

Katherine B. Gullo, Clerk
U.S. Bankruptcy Court

By:_____
    Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:

DCT, Inc.             Case No.  02-43666-SWR

Chapter  7

## PROOF OF SERVICE

I, the undersigned, hereby certify that on the 1st day of July, 2009, a copy of the Application for Payment From Unclaimed Funds by Keys Research was served on the United States Attorney for the Eastern District of Michigan at the following address:

    U.S. Attorney for the Eastern District of Michigan
    Attn: Michael Wicks, Civil Division-Financial Litigation
    211 West Fort Street, Suite 2001
    Detroit MI 48226-3211

Dated: July 1, 2009            By: _[signature]_

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

DCT, Inc.

Case No. 02-43666-SWR
Honorable Steven W. Rhodes
Chapter 7

_____/

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The enclosed check in the amount of $79,986.75 represents the total sum of unclaimed dividends in this estates bank account and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name and address of the Parties entitled to these dividends is as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| Brian Dunn<br>13145 Julius<br>Warren, MI 48089 | 795 | $ 1,240.00 |
| Bart Karpinski<br>5269 Vincent Trail<br>Shelby Township, MI 48316 | 32 | $ 6.30 |
| Andrew J. Basgall<br>1129 Heather Heath Drive<br>Howell, MI 48843 | 43 | $ 82.61 |
| Jessie Walden<br>33003 Farmbrook<br>Lenox, MI 48048 | 52 | $ 179.73 |
| Mark Harper<br>721 Starfield Drive<br>Pickney, MI 48169 | 143 | $ 202.79 |
| Mark A. Patrick<br>23591 Lauren<br>Warren, MI 48089 | 154 | $ 202.93 |

| | | |
|---|---|---|
| Phalanx Inc<br>15895 Sturgeon<br>Roseville, MI 48066 | 574 | $ 3,197.53 |
| Focal Technologies, Inc<br>40 Thornhill Drive<br>Unit 7<br>Dartmouth, Nova Scotia B3B | 580 | $ 562.86 |
| Modern Plastics<br>32471 Industrial Drive<br>Madison Heights, MI 48071 | 586 | $ 910.89 |
| Brothers Industries<br>32471 Industrial Drive<br>Madison Heights, MI 48071 | 589 | $14,053.20 |
| G/S Software Solutions<br>3290 West Big Beaver Road<br>Suite 200<br>Troy, MI 48084 | 592 | $ 709.79 |
| Joseph Sadowski<br>39215 Cadborough Drive<br>Clinton Township, MI 48038 | 616 | $ 357.48 |
| Skill Tool & Die<br>Attn: John Kun<br>16151 Puritas Avenue<br>Cleveland, OH 44135 | 628 | $ 475.91 |
| Gary Michels<br>11754 Lutz<br>Warren, MI 48093 | 644 | $ 236.58 |
| Joseph Pal<br>19988 Voiland<br>Roseville, MI 48066 | 651 | $ 234.63 |
| Michael Heinz<br>33205 Westlake Road<br>Sterling Heights, MI 48312 | 663 | $ 156.47 |
| Eugene W. Kacanowski, Jr.<br>32640 Beacon Lane<br>Fraser, MI 48026 | 719 | $ 252.71 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:
    DCT, Inc.

                  Debtor(s)

Case No 02-43666-SWR
Chapter 7

## AFFIDAVIT OF CLAIMANT

I, _Mark O. Stapels_, of Brothers Industries Corporation, the undersigned claimant in the above referenced case declares as follows:

1. Keys Research, 23630 SE 440th Street, Enumclaw, WA 98022 (360) 825-7300, has been granted an Agent Authorization by me to submit an Application for Payment from Unclaimed Funds seeking a payment of claim number 589 in the amount of $14,053.20, owing to Brothers Industries Corporation as a claimant in the above reference case.

2. My name, address and telephone number are as follows:

Name and Title: _MARK STAPELS Partner_
Address: _56933 Mt. Vernon_
City, State, Zip Code: _Shelby Twp. Mich 48316_
Phone: _248-830-6530_

3. Claimant's History: The claimant did not receive a check in the amount of $14,053.20 at the address listed on the Trustees Report of 32471 Industrial Drive, Madison Heights, MI 48071. Also included is the Agent Authorization, Picture ID, Affidavit of Claimant, W-9 form, Affidavit of Previous Address and Officers Certificate of Authority

4. I, _Mark O. Stapels_ have neither previously received remittance for this claim nor have I contracted with any other party other than the person named in item one (1) above to recover these funds.

I declare under penalty of perjury that the foregoing copy is true and correct.

Dated: _6/22/09_          _Karen A. Hintze_

Sworn to and Subscribed before me this _22_ day of _June_, 2009.

_Karen A. Hintze_
NOTARY PUBLIC
STATE OF _Michigan_
My Commission expires _5/15/12_

(Notary Seal)
KAREN A. HINTZE
Notary Public, State of Michigan
County of Macomb
My Commission Expires May 15, 2012
Acting in the County of _Oakland_

# AGENT AUTHORIZATION

I, _Mark Stuput_ of Brothers Industries Corporation (Company) hereby grant to Charlene J. Keys dba Keys Research, (the "Agent"), the Company's true and lawful Agent for it and in my name, place and stead, giving unto my Agent full power to do and perform all and every act that I may legally do through an Agent, for the following limited purpose and for no other:

**To reclaim, recover and return unclaimed funds in the total amount of $14,053.20 ONLY, less agreed upon fee, to the signatory below.**

The Company does hereby grant the Agent every power necessary to carry out the limited purposes for which this Agent Authorization is granted.

The Company does state under penalty of perjury that all copies of supporting documents provided in support of this claim are true and lawful copies of the original documents.

The rights, powers, and authority of my Agent herein granted shall commence and be in full force and effect from the date I sign this Agent Authorization and such rights, powers, and authority shall remain in full force and effect thereafter until revoked in writing or until funds are collected. This duly executed Authorization does hereby annul, cancel, revoke, and terminate all rights, powers, authorities and privileges set forth in any previously signed Power of Attorney.

DATED 6-22-09         SIGNED _Mark Stuput_

CORPORATE SEAL        TAX ID Number 38-208-9994

AFFIDAVIT: (to be signed if Corporate Seal is unavailable)
The Corporate seal for this Corporation is not available.

Dated 6-22-09   Signed _Mark Stuput_

........................................................................

## NOTARY ACKNOWLEDGMENT

State _Michigan_, County of _Oakland_

ACKNOWLEDGED before me on this date _22 June 09_, by the Individual(s) described above and holding the position designated in this instrument, and who has appeared before me to acknowledge the execution thereof to be of his/her free act and deed.

_Karen A. Hintze_
NOTARY PUBLIC

KAREN A. HINTZE
Notary Public, State of Michigan
County of Macomb
My Commission Expires May 15, 2012
Acting in the County of _Oakland_

My commission expires on 5/15/12

# AFFIDAVIT OF PREVIOUS ADDRESS

BE IT ACKNOWLEDGED, that I, _Mark Stapleton_ of Brothers Industries Corporation, the undersigned deponent, belonging to the legal age, do hereby depose and say under the pains and penalties of perjury as follows:

That, I was/am the _Shore holder & Partner_ of Brothers Industries Corporation. My responsibilities include, but are not limited to, the recovery and/or collection of outstanding checks and receivables for Brothers Industries Corporation and its subsidiaries, affiliates and acquisitions. Brothers Industries Corporation and its subsidiaries, affiliates and acquisitions may have numerous branch addresses, business locations, and payment centers, the addresses of which have changed, and/or been eliminated over time.

For this reason, it is overly burdensome, and may be impossible, to provide documentation to verify the specific address of record.

I affirm the foregoing is true under penalty of perjury this _22_ day of _June_, 2009.

Signed: _Mark Stapleton_

*********************************************************************************

## NOTARY ACKNOWLEDGMENT

State of _Michigan_ County of _Oakland_

ACKNOWLEDGED before me on this date _22 June 09_, by the individual(s) described in [and holding the position designated] in this instrument, appeared before me and acknowledged the execution thereof to be his/her free act and deed.

_Karen A. Hintze_
Notary Public
My commission Expires _5/15/12_

KAREN A. HINTZE
Notary Public, State of Michigan
County of Macomb
My Commission Expires May 15, 2012
Acting in the County of _Oakland_

# OFFICER'S CERTIFICATE OF AUTHORITY

This affirmation certifies that __MARK D. Stapels__ (signer on the Agent Authorization) is the __Vice President__ of Brothers Industries Corporation and as such is authorized to execute and deliver all documents pertaining to the recovery of abandoned or unclaimed property owing to Brothers Industries Corporation.

Signed: __Gregory Stapel__ (Must be signed by an Officer other than the signer on the Agent Authorization)

Name: __Gregory Stapel__

Title: __Partner-President__

Address: _____

**Affix Corporate Seal**

*PLEASE NOTE: Another corporate officer other than signator on Agent Authorization must sign this document.*

******************************************************************************

## NOTARY ACKNOWLEDGMENT

State of __Michigan__, County of __Oakland__ Acknowledged before me on __22 June 09__, by __Gregory Stapel__ __President__ of the Corporation named above and is authorized to execute this power in it's behalf.

Date: __6/22/09__

Notary Public: __Karen A. Hintze__

My commission expires __5/15/12__

KAREN A. HINTZE
Notary Public, State of Michigan
County of Macomb
My Commission Expires May 15, 2012
Acting in the County of __Oakland__

| Form **W-9** | **Request for Taxpayer** | Give form to the |
| (Rev. October 2007) | **Identification Number and Certification** | requester. Do not |
| Department of the Treasury Internal Revenue Service | | send to the IRS. |

Name (as shown on your income tax return)
**MARK Staples**

Business name, if different from above
**Brothers Industries**

Check appropriate box: ☐ Individual/Sole proprietor ☐ Corporation ☐ Partnership
☐ Limited liability company. Enter the tax classification (D=disregarded entity, C=corporation, P=partnership) ▶ ......
☐ Other (see instructions) ▶
☐ Exempt payee

Address (number, street, and apt. or suite no.)
**56933 Mt Vernon**

Requester's name and address (optional)

City, state, and ZIP code
**Shelby Twp. MI 48316**

List account number(s) here (optional)

### Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

or

Employer Identification number
**38-2089994**

### Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. See the instructions on page 4.

**Sign Here**  Signature of U.S. person ▶ *Mark O Staples*  Date ▶ **6-19-09**

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

### Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
- An estate (other than a foreign estate), or
- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

- The U.S. owner of a disregarded entity and not the entity,

Cat. No. 10231X  Form **W-9** (Rev. 10-2007)

(Profit Domestic Corporation)
# ARTICLES OF INCORPORATION

These Articles of Incorporation are signed by the incorporator(s) for the purpose of forming a profit corporation pursuant to the provisions of Act 284, Public Acts of 1972, as follows:

### ARTICLE I

The name of the corporation is __BROTHERS INDUSTRIES, Inc.__

### ARTICLE II.

The purpose or purposes for which the corporation is organized is to engage in any activity within the purposes for which corporations may be organized under the Business Corporation Act of Michigan.

### ARTICLE III.

(Use the following if the shares are to consist of *one class* only.)

The total authorized capital stock is:

(1) Common shares __50,000.00__ Par Value __$1.00__ per share
(No. of Shares)

OR (2) Common shares _____ without par value.
(No. of Shares)

(3) A statement of all or any of the relative rights, preferences and limitations of the shares is as follows:

## ARTICLE IV.

(Use the following only if the shares are to be divided into two or more classes.)

The total authorized capital stock is:

(1) { Preferred shs. _____ Par value $_____ } per share
    { Common shs. _____ Par value $_____ }

and/or shs. of (2) { Preferred _____ } no par value.
                   { Common _____ }

(3) A statement of all or any of the relative rights, preferences and limitations of the shares of each class is as follows:

## ARTICLE V.

The address of the initial registered office is:

8056 9 Mile Rd., Warren, Michigan, ~~Michigan~~ 48089
(No. and Street)   (Town or City)                    (Zip Code)

The mailing address of the initial registered office is (need not be completed unless different from the above address):

_____, Michigan _____
(No. and Street)   (Town or City)        (Zip Code)

The name of the initial resident agent at the registered office is:

Gregory Stapels

## ARTICLE VI.

The name(s) and address(es) of the incorporator(s) are as follows:

| Name | Residence or Business Address |
|---|---|
| Mark Stapels | 41670 Windmill Dr., Mt. Clemens, Mich. |
| Gregory Stapels | 15174 Deerfield, East Detroit, Michigan |
| David Stapels | 38048 Plainview, Sterling Heights, Mich. |

## ARTICLE VII.

OPTIONAL (Delete Article VII if not applicable.)

When a compromise or arrangement or a plan of reorganization of this corporation is proposed between this corporation and its creditors or any class of them or between this corporation and its shareholders or any class of them, a court of equity jurisdiction within the state, on application of this corporation or of a creditor or shareholder thereof, or on application of a receiver appointed for the corporation, may order a meeting of the creditors or class of creditors or of the shareholders or class of shareholders to be affected by the proposed compromise or arrangement or reorganization, to be summoned in such manner as the court directs. If a majority in number representing 3/4 in value of the creditors or class of creditors, or of the shareholders or class of shareholders to be affected by the proposed compromise or arrangement or a reorganization, agree to a compromise or arrangement or a reorganization of this corporation as a consequence of the compromise or arrangement, the compromise or arrangement and the reorganization, if sanctioned by the court to which the application has been made, shall be binding on all the creditors or class of creditors, or on all the shareholders or class of shareholders and also on this corporation.

## ARTICLE VIII.

(Here insert any desired additional provisions authorized by the Act)

The Business and all the powers shall be managed directly by the shareholder.

## ARTICLE IX.

Any action required or permitted by law to be taken at an annual or special meeting of shareholders may be taken without a meeting, without prior notice and without a vote, if a consent in writing, setting forth the action to taken, is signed by the holders of the outstanding stock having not less than the minimum number of votes that would be necessary to otherize or take the action at a meeting of which all shares entitled to vote thereon were present and voted. Prompt notice of the taking of the corporate action without a meeting by less than unanimous written consent shall be given to all shareholders who have not consented in writing.

I (We), the incorporator(s), sign my (our) name(s) this 23rd day of SEPTEMBER, 19 75.

_____  x _____
Gregory Stapels                    Mark Stapels

_____     _____
David Stapels

(See Instructions on Reverse Side)

(Please do not write in spaces below — for Department use)

| MICHIGAN DEPARTMENT OF COMMERCE — CORPORATION AND SECURITIES BUREAU ||
|---|---|
| Date Received | |
| SEP 29 1975 | *FILED* <br> Michigan Department of Commerce <br><br> OCT -1 1975 <br><br> *[signature]* <br> DIRECTOR |

---

C & S—101

## INFORMATION AND INSTRUCTIONS
### Articles of Incorporation — Profit Domestic Corporations

1. Article I—The corporate name of a domestic profit corporation is required to contain one of the following words or abbreviations: "Corporation", "Company", "Incorporated", "Limited", "Corp.", "Co.", "Inc." or "Ltd."

2. Article II may state, in general terms, the character of the particular business to be carried on. Under section 202(b) of the law, it is a sufficient compliance to state substantially, alone or with specifically enumerated purposes, that the corporation may engage in any activity within the purposes for which corporations may be organized under the Business Corporation Act. The law requires, however, that educational corporations must state their specific purposes.

3. Articles III and IV — The law requires the incorporators of a domestic corporation having shares without par value to submit in writing the amount of consideration proposed to be received for each share which shall be allocated to stated capital.

4. Article VI - The law requires one or more incorporators. The addresses should include a street number and name (or other designation), in addition to the name of the city and state.

5. The duration of the corporation should be stated in the Articles only if the duration is not perpetual.

6. The Articles must be signed in ink by each incorporator. The names of the incorporators as set out in Article VI should correspond with the signatures.

7. One original copy of the Articles is required. A true copy will be prepared by the Corporation and Securities Bureau and returned to the person submitting the Articles for filing.

8. An effective date, not later than 90 days subsequent to the date of filing, may be stated in the Articles of Incorporation.

9. FEES: Filing Fee .................................................................................................................. $10.00
   Franchise Fee — ½ mill on each dollar of authorized capital stock, with a minimum franchise fee of ...... $25.00
   (Make fee payable to State of Michigan)

10. Mail Articles of Incorporation and fees to:
    Michigan Department of Commerce
    Corporation and Securities Bureau
    Corporation Division
    P. O. Drawer C
    Lansing, Michigan 48904



# CORPORATION INFORMATION UPDATE
## 1999

☐ *To certify there are no changes from your previous filing check this box and sign the form at the bottom.*

**FOR BUREAU USE ONLY**

| 143844 IDENTIFICATION NUMBER | RETURN TO: MICHIGAN DEPARTMENT OF CONSUMER AND INDUSTRY SERVICES CORPORATION, SECURITIES AND LAND DEVELOPMENT BUREAU P.O. BOX 30702 LANSING MI 48909-8202 |
|---|---|

**Corporate Name and Mailing Address**

BROTHERS INDUSTRIES, INC.
32471 INDUSTRIAL DRIVE
MADISON HEIGHTS MI  48071

FILED BY DEPARTMENT
MAY 13 1999

05/04/1999 CSALKELD
Trans 01360955
143844
23790
Total $15.00
Crps Profit Annual Report

| Registered Office Address in Michigan - NO., STREET, CITY, ZIP | Resident Agent |
|---|---|
| 32471 INDUSTRIAL DRIVE<br>MADISON HEIGHTS      48071 | GREGORY STAPELS |

**If there are changes from your previous filing, you must complete Items 1 through 5.**

1. Mailing address of registered office if different than preprinted information above

2. Resident Agent if different than above

3. Address of registered office if different than preprinted information above - NO., STREET, CITY, ZIP

4. Describe the general nature and kind of business in which the corporation is engaged:

5.

| | | NAME | BUSINESS OR RESIDENCE ADDRESS |
|---|---|---|---|
| | President (Required) CHAIRMAN KURT BUSECK<br>PRESIDENT GREGORY STAPELS | | 32471 INDUSTRIAL DR<br>MADISON HGTS MI 48071 |
| If different than President | Vice President | MARK D. STAPELS    DAVID BUSECK<br>W. DENIS BECK    MARTIN PELLICANO | |
| | Secretary (Required) CFO/SEC MICHAEL E. KRYWKO<br>ASST. SEC EUNU CHUN | | |
| | Treasurer (Required) CFO  MICHAEL Krywko | | |
| If different than Officers | Director  KURT BUSECK | | |
| | Director  GREGORY STAPELS | | |
| | Director  RICHARD BESSER | | |

The corporation states that the address of its registered office and the address of its resident agent are identical. Any changes were authorized by resolution duly adopted by its board of directors.

Enclose $15.00 made payable to the State of Michigan. This report must be filed on or before May 15

| Signature of an authorized officer or agent of the corporation | Title | Date |
|---|---|---|
| Michael E. Krywko | Sec/Treas | 4-12-99 |

Required by Section 911, Act 284, Public Acts of 1972, as amended. Failure to file this report may result in the dissolution of the corporation.

C&S 2500 (Rev. 12/98)

BCS/CD-2500 (01/02) **MICHIGAN DEPARTMENT OF CONSUMER AND INDUSTRY SERVICES**
**BUREAU OF COMMERCIAL SERVICES, CORPORATION DIVISION**
**2002 PROFIT CORPORATION INFORMATION UPDATE**



☐ To certify there are no changes from your previous filing check this box and proceed to Item 6. If the resident agent and/or registered office has changed complete Items 1-6. If only officer and director information has changed complete items 4-6.

**FOR BUREAU USE ONLY**

| Identification Number | Corporation name | |
|---|---|---|
| 143844 | BROTHERS INDUSTRIES, INC. | FILED BY DEPARTMENT |

Resident agent name and mailing address of the registered office

~~GREGORY STAPELS~~  LAWRENCE JANNESS
32471 INDUSTRIAL DRIVE
MADISON HEIGHTS MI 48071

Tran#2 7097592-1 06/06/02
Chk#: 26058 $15.00
ID#: 143844

The address of the registered office
32471 INDUSTRIAL DRIVE
MADISON HEIGHTS MI 48071

1. Mailing address of registered office in Michigan (may be a P.O. Box)

2. Resident Agent
   LAWRENCE JANNESS

3. The address of the registered office in Michigan (a P.O. Box may not be designated as the address of the registered office)

4. Describe the general nature and kind of business in which the corporation is engaged:
   MANUFACTURING.

5. | NAME | BUSINESS OR RESIDENCE ADDRESS |
|---|---|
| President (Required): LAWRENCE JANNESS | 32471 INDUSTRIAL DR. MADISON HEIGHTS, MI 48071 |
| Secretary (Required): MICHAEL KRYWKO | |
| Treasurer (Required): MICHAEL KRYWKO | |
| Vice President: RICHARD ENGELHARDT | |
| Director: LAWRENCE JANNESS | |
| GREGORY STAPELS | |
| Director: CHARLES SHROEDER | |
| DOUGLAS MARK | |
| Director: SCOTT BECKER | |

6. The filing fee is $15.00. Please make your check or money order payable to the State of Michigan. This report must be filed on or before May 15, 2002. Return this signed report with fee to:
   Michigan Department of Consumer & Industry Services
   Bureau of Commercial Services, Corporation Division
   P.O. Box 30481
   Lansing, MI 48909-7981
   (517) 241-6470

Signature of authorized officer or agent: Michael Krywko
Title: Sec.
Date: 5/30/2
Phone (Optional): 248-588-8090

If more space is needed additional pages may be included. Do not staple any items to report. This report is required by Section 911, Public Acts of 1972, as amended. Failure to file this report may result in the dissolution of the corporation.

 BUREAU OF COMMERCIAL SERVICES, CORPORATION DIVISION  
BCS/CD-2500 (12/00)  
2001 PROFIT CORPORATION INFORMATION UPDATE

☐ To certify there are no changes from your previous filing check this box and proceed to Item 6. If the resident agent and/or registered office has changed complete items 1-6. If only officer and director information has changed complete items 4-6.

**FOR BUREAU USE ONLY**

| Identification Number | Corporation name |
|---|---|
| 143844 | BROTHERS INDUSTRIES, INC. |

FILED BY DEPARTMENT
JUN 2 2 2001

Resident agent name and mailing address of the registered office

GREGORY STAPELS
32471 INDUSTRIAL DRIVE
MADISON HEIGHTS MI 48071

The address of the registered office
32471 INDUSTRIAL DRIVE
MADISON HEIGHTS MI 48071

**1.** Mailing address of registered office in Michigan (may be a P.O. Box)
*Same*

**2.** Resident Agent
*Same*

**3.** The address of the registered office in Michigan (a P.O. Box may not be designated as the address of the registered office)
*Same*

**4.** Describe the general nature and kind of business in which the corporation is engaged:
*Same*

**5.** NAME — BUSINESS OR RESIDENCE ADDRESS

President (Required) — See Attached
Secretary (Required)
Treasurer (Required)
Vice President
Director
Director
Director

**6.** The filing fee is $15.00. Please make your check or money order payable to the State of Michigan. This report must be filed on or before May 15, 2001. Return this signed report with fee to: Michigan Department of Consumer & Industry Services, Bureau of Commercial Services, Corporation Division, P.O. Box 30481, Lansing, MI 48909-7981, (517) 241-6460

Signature of authorized officer or agent: *Michael Kyurtz*  Title: *Sec*  Date: 5-11-01



**Stapels** Manufacturing, LLC

*Makers of tools, fixtures, details, and assemblies*

**Mark Stapels**  
Partner  
mark@stapelsmfg.com  
Quotes: sales@stapelsmfg.com

2612 Elliott  
Troy, MI 48083  
Ph 248-577-5570  
Fax 248-577-5571