UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

DCT, Inc.  Case No. 02-43666-swr

Chapter 7

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

     Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

     **IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit the sum of <u>Four Thousand Seven Hundred Sixteen and 28/100</u> dollars ($4,716.28), of unclaimed funds held in the U.S. Treasury to:

        Mid South Contractors Ltd.
        c/o Dilks & Knopik, LLC
        PO Box 2728
        Issaquah, WA 98027-0125

**Signed on August 31, 2009**

                                                <u>/s/ Steven Rhodes</u>
                                                **Steven Rhodes**
                                                **United States Bankruptcy Judge**