UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the matter of:

DCT, Inc.                                 Case No. 02-43666-SWR
                                                         Chapter 7

**ORDER DENYING APPLICATION FOR UNCLAIMED FUNDS**

An Application for Payment from Unclaimed Funds by <u>Dilks &Knopik, LLC</u> having been filed on <u>May 21, 2010,</u> and upon further review proper documentation required has not been provided as requested. **Now Therefore:**

**IT IS ORDERED** that the Application for Payment from Unclaimed Funds is **DENIED** because of the failure to provide adequate documentation as to the right to the claim.

**Signed on December 16, 2010**

                                                                                          /s/ Steven Rhodes
                                                                                          **Steven Rhodes**
                                                                                          **United States Bankruptcy Judge**